## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **JULIE HOLT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  **CASE NO.: 2:14-CV-00355-RDP** |
| | ) |
| **EULER CLINIC, INC. and** | ) |
| **DR. DONALD HAYES** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ANSWER

COMES NOW, Defendants, Euler Clinic, Inc. and Dr. Donald Hayes ,and pursuant to the Federal Rules of Civil Procedure, and files their Answer as follows:

### I.   JURISDICTION

1. Admitted.

### II.   PARTIES

2. Admitted.

3. Denied.

4. Admitted.

### III.   STATEMENT OF FACTS

5. Admitted.

6. Admitted.

7. Denied.

8. Admitted.

9. Denied.

10. Denied.

11. Admitted.

**V.  COUNT ONE – FLSA OVERTIME VIOLATIONS**

12. Admitted.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

**VI.   PRAYER FOR RELIEF**

A. Denied.

B. Admitted.

C. Denied.

## AFFIRMATIVE DEFENSES

Defendants assert the Affirmative Defenses of accord and satisfaction, arbitration and award, assumption of the risk, contributory negligence, discharge in bankruptcy, duress, failure of consideration, illegality, license, payment, release, res judicata, waiver, statute of limitations, contributory negligence, unclean hands, estoppel, fraud, laches, setoff, payment, release, justification, and statute of frauds, and statute of limitations.

## TWENTY-SIXTH DEFENSE

Defendant specifically reserves the right to amend its answer as future discovery may dictate.

## THIRD PARTY COMPLAINT

COMES NOW, Defendants, Euler Clinic, Inc. and Dr. Donald Hayes, and for their third Party Complaint against Dr. Charles Oehrlein and Helena Family Podiatry, Inc. state as follows:

## FACTUAL BACKGROUND

1. Julie Holt was an employee of Euler Clinic, Inc. from November 1, 2010 until her resignation on July 31, 2013.

2. During this time, Julie Holt was also employed by for Dr. Charles Oehrlein and Helena Family Podiatry, Inc.

3. During this time Dr. Donald Hayes managed the business affairs for Dr. Charles Oehrlein and Helena Family Podiatry, Inc.

4. Upon her resignation from the Euler Clinic, Inc., Julie Holt went to work full-time for Dr. Charles Oehrlein and Helena Family Podiatry, Inc.

## BREACH OF CONTRACT

5. Defendants reallge the allegations from paragraphs 1 through four as if fully restated herein.

6.	Pursuant to the agreement between Dr. Charles Oehrlein and Dr. Hayes, Helena Family Podiatry, Inc. was to pay a share of the cost to employ Holt.

7.	Euler Clinic, Inc. and Dr. Donald Hayes deny any liability to Julie Holt.  However, should a jury award any sums to Holt, Dr. Charles Oehrlein and Helena Family Podiatry, Inc. should be made to contribute to such award as they were also Holt's employers.

WHEREFORE, PREMISES CONSIDERED, Third Party Plaintiffs pray that Third Party Defendants be ordered to contribute to any award or sums which this Honorable Court or a jury may deem owed by Euler Clinic, Inc. and Dr. Donald Hayes to Julie Holt.  Euler Clinic, Inc. and Dr. Donald Hayes reserve the right to amend their third party complaint upon discovery of any additional claims which may be may against the Parties.

Respectfully submitted,

/s/ Jason A. Stoves
Attorney for Defendant

**TRIAL BY STRUCK JURY IS REQUESTED**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served upon the Defendant by placing a copy in the U.S. Mail first-class postage prepaid this 16th day of December, 2013

David Arendall, Esquire
Allen Arnold, Esquire
Arendall & Arnold
2018 Morris Avenue
Birmingham, AL  35203

/s/ Jason A. Stoves
Of Counsel

PLEASE SERVE THIRD PARTY COMPLAINT AS FOLLOWS:

Dr. Charles Oehrlein
4290 HWY 52 WEST, SUITE D
HELENA, AL  35080

Helena Family Podiatry, Inc.
4290 HWY 52 WEST, SUITE D
HELENA, AL  35080