### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **JULIE HOLT,** | ) |
| **Plaintiff** | ) |
| **vs.** | ) |
| **EULER CLINIC, INC. and DONALD HAYES,** | ) Case Number: 2:14-CV-00355-RDP |
| **Defendants** | ) |
| **DR. CHARLES OEHRLEIN and HELENA FAMILY PODIATRY, INC.,** | ) |
| **Third-Party Defendants.** | ) |

### ALIAS THIRD PARTY COMPLAINT

COMES NOW, Defendants, Euler Clinic, Inc. and Dr. Donald Hayes, and for their third Party Complaint against Dr. Charles Oehrlein and Helena Family Podiatry, Inc. state as follows:

### FACTUAL BACKGROUND

1. Julie Holt was an employee of Euler Clinic, Inc. from November 1, 2010 until her resignation on July 31, 2013.

2. During this time, Julie Holt was also employed by for Dr. Charles Oehrlein and Helena Family Podiatry, Inc.

3. During this time Dr. Donald Hayes managed the business affairs for Dr. Charles Oehrlein and Helena Family Podiatry, Inc.

4. Upon her resignation from the Euler Clinic, Inc., Julie Holt went to work full-time for Dr. Charles Oehrlein and Helena Family Podiatry, Inc.

### BREACH OF CONTRACT

5. Defendants reallge the allegations from paragraphs 1 through 4 as if fully restated herein.

6.	Pursuant to the agreement between Dr. Charles Oehrlein and Dr. Hayes, Helena Family Podiatry, Inc. was to pay a share of the cost to employ Holt.

7.	Euler Clinic, Inc. and Dr. Donald Hayes deny any liability to Julie Holt.  However, should a jury award any sums to Holt, Dr. Charles Oehrlein and Helena Family Podiatry, Inc. should be made to contribute to such award as they were also Holt's employers.

WHEREFORE, PREMISES CONSIDERED, Third Party Plaintiffs pray that Third Party Defendants be ordered to contribute to any award or sums which this Honorable Court or a jury may deem owed by Euler Clinic, Inc. and Dr. Donald Hayes to Julie Holt.  Euler Clinic, Inc. and Dr. Donald Hayes reserve the right to amend their third party complaint upon discovery of any additional claims which may be may against the Parties.

## COUNTERCLAIM
## CONVERSION/ THEFT OF SERVICES

8.	Defendants reallge the allegations from paragraphs 1 through 7 as if fully restated herein.

9.	Between October 11, 2011 and March 21, 2013 Defendant/ Counter-Plaintiff, Euler Clinic, Inc., provided medical treatment and services to Plaintiff/ Counter-Defendant's husband, Owen Holt.  Charges for these services total $591.00.

10.	On July 25, 2013 Defendant/ Counter-Plaintiff, Euler Clinic, Inc., provided medical treatment and services to Plaintiff/ Counter-Defendant.  Charges for these services total $972.44.

11.	Plaintiff/ Counter-Plaintiff, Julie Holt, in her position as Billing Manager, surreptitiously accessed Euler Clinic, Inc.'s accounting system, and "wrote-off" the charges which were owed by she and her husband.

12.	In addition to the theft of services perpetrated by Plaintiff/ Counter-Defendant,

Holt made numerous long distance telephone calls which at work.

13.     Defendant/ Counter-Plaintiff believes that the long distance charges total in excess of $500.00.

WHEREFORE, PREMISES CONSIDERED, Defendant/ Counter-Plaintiff, Euler Clinic, Inc., prays that Plaintiff/ Counter-Defendant Julie holt be ordered to pay $2,063.44 for charges owed to Euler Clinic, Inc.  Euler Clinic, Inc. reserves the right to amend its Counterclaim upon discovery of any additional claims which may be may against the Parties.

    Respectfully submitted,

    /s/ Jason A. Stoves
    Attorney for Defendant

## TRIAL BY STRUCK JURY IS REQUESTED

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the Defendant by placing a copy in the U.S. Mail first-class postage prepaid this 23rd day of May, 2014.

    David Arendall, Esquire
    Allen Arnold, Esquire
    Arendall & Arnold
    2018 Morris Avenue
    Birmingham, AL  35203

    /s/ Jason A. Stoves
    Of Counsel

PLEASE SERVE THIRD PARTY COMPLAINT AS FOLLOWS:

    Dr. Charles Oehrlein
    2321 John Hawkins Pkwy
    Birmingham, AL 35244

    Helena Family Podiatry, Inc.
    2321 John Hawkins Pkwy
    Birmingham, AL 35244