# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JULIE HOLT,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **Civil Action No.** ) **2:14-cv-0355-RDP** |
| **EULER, CLINIC,INC., et al.,** | ) ) ) |
| **Defendants.** | ) ) ) |

## MEDIATOR'S REPORT

The undersigned reports that he was retained by the parties to mediate this case. The mediation was held on May 22, 2015. No agreements were reached.

                                                                                               s/Jay St. Clair
                                                                                                Jay St. Clair
                                                                                                Mediator

**OF COUNSEL:**
LITTLER MENDELSON, P.C.
420 North 20th Street, Suite 2300
Birmingham, Alabama 35203
Phone: (205) 421-4777
Fax: (205) 421-4669
Email: jstclair@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

David Arendall, Esquire
Arendall Law Firm, Inc.
2018 Morris Avenue, 3rd Floor
Birmingham, AL 35203

J. Paul Zimmerman
Christian & Small LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696

Jason A. Stoves
The Stoves Law Firm
300 Vestavia Parkway, Suite 3200
Vestavia, AL 35216

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

                                          s/Jay St. Clair
                                          OF COUNSEL