FILED
2015 Sep-17 PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JULIE HOLT,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:14-cv-00355-RDP |
| **EULER CLINIC, INC.,** | } |
| **Defendants.** | } |

## ORDER

For the reasons stated during the September 17, 2015 Evidentiary Hearing, Dr. Donald Hayes' Motion to Disqualify attorney Paul Zimmerman is **DENIED**.

**DONE** and **ORDERED** this September 17, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE